IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONDA MWAYA,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KRISTI NOEM, SECRETARY OF** | : | **NO. 24-2489** |
| **THE DEPARTMENT OF HOMELAND** | : | |
| **SECURITY, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **26th** day of **November 2025**, upon review of Respondents' Motion for Summary Judgment (ECF No. 25), Petitioner's Cross Motion for Summary Judgment and Opposition (ECF No. 26), Respondents' Response in Opposition and Reply Brief (ECF No. 27), and Petitioner's Reply Brief (ECF No. 28), it is hereby **ORDERED** that Respondents' Motion (ECF No. 25) is **GRANTED**, and Petitioner's Motion (ECF No. 26) is **DENIED AS MOOT**.

The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**